```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,            )
                                 )
      v.                          )       No. 4:06 CR 592 JCH
                                 )                        DDN
KEVIN LEE THOMPSON,              )
                                 )
            Defendant.            )

## ORDER FOR MENTAL EXAMINATION

Defendant Kevin Lee Thompson having given notice that he intends to rely upon a defense of insanity at the time of the alleged offense (Doc. 25), upon the unopposed written motion (Doc. 25) and the oral unopposed request (in on-the-record telephone conference of the court with counsel for all parties on January 9, 2007) (Doc. 27) for a mental examination to determine defendant's current competency to be prosecuted in this action and to determine whether he was insane at the time of the alleged offense, and it appearing that the said defendant may be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, pursuant to 18 U.S.C. §§ 4241 and 4242,

**IT IS HEREBY ORDERED** that the aforesaid motions of defendant (Docs. 25, 27) are sustained.

**IT IS FURTHER ORDERED** that defendant Kevin Lee Thompson be examined in custody at an institution designated by the Attorney General for an examination by physicians, psychiatrists, psychologists, or other qualified staff members, for a reasonable period of time not to exceed forty-five days from the date of receipt of defendant at the institution, to determine whether or not defendant is suffering from a mental disease or defect that affects defendant's present capacity to understand the proceedings against him and to assist in his own defense, and to determine defendant's mental condition at the time of the alleged offense, and thereafter the medical staff, the psychiatrist, or the psychologist shall, as soon as practicable, report all appropriate findings to the court.

**IT IS FURTHER ORDERED** that, upon notification by the United States Marshals Service of the facility designated by the Attorney General for the aforesaid examination, defendant Kevin Lee Thompson shall surrender to the Marshals Service in this district, and the Marshals Service shall transport defendant in custody to the institution designated by the Attorney General for the aforesaid examination.

**IT IS FURTHER ORDERED** that, while said defendant is undergoing the aforesaid examination and is in the care and custody of the designated facility, the staff of said designated facility may administer to the said defendant any medication which is reasonably believed by a medical doctor or psychiatrist to be medically or otherwise necessary for the mental or physical good health of said defendant, unless the defendant expressly objects to the administration of said medication.

**IT IS FURTHER ORDERED** that, upon the conclusion of the said examination, the United States Marshals Service shall, as soon as practicable, transport defendant Kevin Lee Thompson back to this district from the designated facility and here release him from custody.

/s/ David D. Noce

**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed on January 11, 2007.